Commonwealth *v.* Smith, Appellant.

Before BECKERT, J., without a jury.

Argued December 9, 1975. *Charles J. Weiss,* with him *Timoney, Knox, Avrigian & Hasson,* for appellant; *Peter F. Schenck,* Assistant District Attorney, with him *Stephen B. Harris,* First Assistant District Attorney, and *Kenneth G. Biehn,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Stratton, Appellant.

Before BECKERT, J.

Argued December 10, 1975. *Richard S. Wasserbly,* Assistant Public Defender, for appellant; *Peter F. Schenck,* Assistant District Attorney, with him *Stephen B. Harris,* First Assistant District Attorney, and *Kenneth G. Biehn,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.